**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: Matthew J. Gibson                      CHAPTER 13

Debtor(s)

BKY. NO. 19-16499 MDC

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of BANK OF AMERICA, N.A. and index same on the master mailing list.

                                                 Respectfully submitted,

                                                 /s/ *Rebecca Solarz*
                                                 Rebecca Solarz
                                                 01 Dec 2020, 12:16:52, EST

                                                 KML Law Group, P.C.
                                                 701 Market Street, Suite 5000
                                                 Philadelphia, PA 19106-1532
                                                 (215) 627-1322