United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Matthew J. Gibson  
    Debtor(s)

Case No. 19-16499-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 2  
Date Rcvd: Dec 15, 2020      Form ID: pdf900      Total Noticed: 1

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Matthew J. Gibson, 329 Heron Drive, Lincoln University, PA 19352-1729 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER H. SCHUBERT | on behalf of Creditor FTP Oxford Gateway  LP chriss@rrhc.com |
| CHRISTOPHER H. SCHUBERT | on behalf of FTP Oxford Gateway  LP chriss@rrhc.com |
| DANIEL P. JONES | on behalf of Creditor ARPCE 1- HELOC Limited Servicing djones@sterneisenberg.com  bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA  N.A. bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank Of America  N.A., et.al. paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor BANK OF AMERICA  N.A. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

District/off: 0313-2 | User: Adminstra | Page 2 of 2
Date Rcvd: Dec 15, 2020 | Form ID: pdf900 | Total Noticed: 1

WILLIAM C. MILLER, Esq.
    ecfemails@ph13trustee.com philaecf@gmail.com

ZACHARY PERLICK
    on behalf of Plaintiff Matthew J. Gibson Perlick@verizon.net pireland1@verizon.net

ZACHARY PERLICK
    on behalf of Debtor Matthew J. Gibson Perlick@verizon.net pireland1@verizon.net

TOTAL: 11

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:       MATTHEW GIBSON            :       CHAPTER 13
                                       :
                                       :
             DEBTOR                    :       BANKRUPTCY No. 19-16499MDC

## ORDER TO ALLOW COUNSEL FEES

Upon consideration of the foregoing application, and upon notice, opportunity for hearing, and certification of no objection, counsel fees are allowed in the following amounts:

| | |
|---|---|
| Total fee award: | $ 6,500.00 |
| Total expense cost: | $     20.00 |
| Attorney fee already paid by Debtor | $ 2,000.00 |
| Net amount to be paid by Trustee | $ 4,520.00 |

The net amount is to be paid by the Trustee to Zachary Perlick, Esquire, from available funds in the Debtor's estate.

BY THE COURT:

_____
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE

Dated:  December 15, 2020