United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Matthew J. Gibson  
    Debtor

Case No. 19-16499-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 2  
Date Rcvd: Apr 07, 2021      Form ID: pdf900      Total Noticed: 8

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Matthew J. Gibson, 329 Heron Drive, Lincoln University, PA 19352-1729 |
| cr | + ARPCE 1- HELOC Limited Servicing, c/o Stern & Eisenberg, PC, 1581 Main Street, Suite 200, The Shops at Valley Square Warrington, PA 18976-3403 |
| cr | BANK OF AMERICA, N.A., PO Box 31785, TAMPA, FL 33631-3785 |
| cr | + BANK OF AMERICA, N.A., c/o KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| cr | + Santander Consumer USA Inc. dba Chrysler Capital, P.O. Box 961245, Fort Worth, TX 76161-0244 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Apr 08 2021 02:23:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Apr 08 2021 02:22:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Apr 08 2021 02:22:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2021      Signature:      /s/Joseph Speetjens

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 07, 2021 | Form ID: pdf900 | Total Noticed: 8

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| CHRISTOPHER H. SCHUBERT | on behalf of FTP Oxford Gateway LP chriss@rrhc.com |
| CHRISTOPHER H. SCHUBERT | on behalf of Creditor FTP Oxford Gateway LP chriss@rrhc.com |
| DANIEL P. JONES | on behalf of Creditor ARPCE 1- HELOC Limited Servicing djones@sterneisenberg.com bkecf@sterneisenberg.com |
| JEROME B. BLANK | on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com |
| REBECCA ANN SOLARZ | on behalf of Creditor BANK OF AMERICA N.A. bkgroup@kmllawgroup.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor BANK OF AMERICA N.A. paeb@fedphe.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Bank Of America N.A., et.al. paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com philaecf@gmail.com |
| WILLIAM EDWARD CRAIG | on behalf of Creditor Santander Consumer USA Inc. dba Chrysler Capital ecfmail@mortoncraig.com mortoncraigecf@gmail.com |
| ZACHARY PERLICK | on behalf of Plaintiff Matthew J. Gibson Perlick@verizon.net pireland1@verizon.net |
| ZACHARY PERLICK | on behalf of Debtor Matthew J. Gibson Perlick@verizon.net pireland1@verizon.net |

TOTAL: 12

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA
PHILADELPHIA DIVISION

| | |
|---|---|
| In re: MATTHEW J. GIBSON ) | |
| **Debtor** ) | |
| ) | CHAPTER 13 |
| SANTANDER CONSUMER USA INC. ) | |
| dba CHRYSLER CAPITAL ) | Case No.: 19-16499 (MDC) |
| **Moving Party** ) | |
| ) | |
| v. ) | Hearing Date:  3-23-21 at 10:30 AM |
| ) | |
| MATTHEW J. GIBSON ) | 11 U.S.C. 362 |
| **Respondent** ) | |
| ) | |
| WILLIAM C. MILLER ) | |
| **Trustee** ) | |
| ) | |

### ORDER APPROVING STIPULATION

IT IS HEREBY ORDERED that the Stipulation between Santander Consumer USA Inc. dba Chrysler Capital and the Debtor in settlement of the Motion For Stay Relief, and filed on or about April 1, 2021 in the above matter is APPROVED.

Dated:  April 6, 2021

BY THE COURT:

_Magdeline D. Coleman_
MAGDELINE D. COLEMAN
CHIEF U.S. BANKRUPTCY JUDGE